UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR121-0052

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of Ammunition by a |
| TIMOTHY LEE CHEEKS ) | Prohibited Person |
| ) | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 5, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY LEE CHEEKS,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit, multiple TulAmmo 9mm cartridges, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

*(signatures follow on the next page)*

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel