GAS 245D   (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JUN 30 2025
FILED

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| Timothy Lee Cheeks | |
| | Case Number: 1:21CR00052-1 |
| | USM Number: 54110-509 |
| | Katrell Nash |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to report to the probation office within 72 hours of your release from imprisonment (standard condition). | June 6, 2024 |
| | See page 2 for additional violations | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 7210

June 26, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1987

_[signature]_
Signature of Judge

City and State of Defendant's Residence:

Augusta, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

Date 6/30/2025

DEFENDANT: Timothy Lee Cheeks
CASE NUMBER: 1:21CR00052-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to report to the probation officer as instructed (standard condition). | June 13, 2024 |
| 3 | You failed to report to the probation officer as instructed (standard condition). | June 13, 2024 |
| 4 | You failed to report to the probation officer as instructed (standard condition). | June 14, 2024 |
| 5 | You failed to notify the probation officer at least 10 days prior to an expected change in residence or living arrangements, or within 72 hours when advance notice was not possible due to unanticipated circumstances (standard condition). | June 17, 2024 |
| 6 | You failed to follow the instructions of the probation officer related to the conditions of supervision (standard condition). | June 11, 2024 |
| 7 | You failed to comply with the conditions of a curfew (special condition). | June 9, 2024 |
| 8 | You failed to comply with the conditions of a curfew (special condition). | June 11, 2024 |
| 9 | You committed another federal, state, or local crime (mandatory condition). | August 19, 2024 |
| 10 | You possessed a firearm, ammunition, destructive device, or dangerous weapon (standard condition). | August 19, 2024 |

DEFENDANT:       Timothy Lee Cheeks
CASE NUMBER:     1:21CR00052-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>14 months custody, to run consecutively to Case Number 1:25CR00010-1, with no supervision to follow.</u>

☒  The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility in Edgefield, South, Carolina, subject to capacity or any other regulation affecting such a designation.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| DEFENDANT: | Timothy Lee Cheeks |
|---|---|
| CASE NUMBER: | 1:21CR00052-1 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment**** | **JVTA Assessment*** |
|---|---|---|---|---|---|
| **TOTALS** | | | Original fine is remitted | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Justice for Victims of trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.